UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIANNE LEYVA,<br>   Plaintiff,<br>  v.<br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br>   Defendants. | Case No. 16-cv-06366-RS<br><br>**STANDBY ORDER OF DISMISSAL** |

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **May 25, 2017.** If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **June 1, 2017, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed. Failure to comply with this Order may result in dismissal of the case.

**IT IS SO ORDERED.**

Dated: April 13, 2017

_____
Richard Seeborg
United States District Judge